[Nos. 66777-7-I; 66870-6-I. Division One. December 10, 2012.]

NORTHWEST INFRASTRUCTURE, INC., *Appellant*, v. PCL CONSTRUCTION SERVICES, INC., ET AL., *Respondents*.

PCL CONSTRUCTION SERVICES, INC., *Respondent*, v. CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 09-2-12930-4, Dean Scott Lum, J., entered March 1, 2011. *Reversed* and *remanded* by unpublished opinion per Ellington, J. Pro Tem., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 66906-1-I. Division One. December 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNDA RAE HOLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00216-5, Charles R. Snyder, J., entered March 21, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.

[No. 66920-6-I. Division One. December 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY DION HARDIN, *Defendant*, MIHAI ROMULUS MIHALCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02329-8, Steven C. Gonzalez, J., entered April 4, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.

[No. 67387-4-I. Division One. December 10, 2012.]

*In the Matter of the Personal Restraint of* LESLIE POUNDS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Appelwick, J.